UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 14-cv-3497-JD |
| Plaintiff, | |
| v. | ORDER |
| TIMOTHY F. GERACI, AND TIMOTHY F. GERACI D.D.S. P.C., | |
| Defendants. | |

1.  The United States filed a complaint alleging that Defendant failed to file federal employment (Form 941) and unemployment (Form 940) tax returns, and failed to collect and to pay over federal employment and unemployment taxes.

2.  Defendant, without admitting any of the allegations in the complaint except as to jurisdiction, waives the entry of findings of fact and conclusions of law under Fed. R. Civ. P. 52, and consents to the entry of this Stipulated Judgment of Permanent Injunction ("Stipulated Judgment") under Fed. R. Civ. P. 65 and 26 U.S.C. § 7402.

3.  Defendant understands that this Stipulated Judgment constitutes the final judgment in this matter, and Defendant waives any and all rights to file an appeal from this judgment.

4.  Defendant consents to the entry of this Stipulated Judgment without further notice and agree to be bound by its terms.  Defendant further understands and agrees that the Court will retain jurisdiction over this matter for the purpose of implementing and enforcing this injunction, and understands that if Defendant violates this injunction, Defendant, or anyone acting in concert with the Defendant, may be found in contempt of court and may be sanctioned and/or imprisoned.

    Accordingly, in light of the foregoing, the Court hereby ORDERS that:

A.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1340, 1345 and 26 U.S.C. § 7402;

B.     Defendant has consented to the entry of this Stipulated Judgment and agrees to be bound by its terms;

C.     Pursuant to 26 U.S.C. § 7402, for a period of five years, Defendant, and its representatives, agents, employees, attorneys, and anyone in active concert or participation with them, are:

    i.     Enjoined from engaging in conduct that violates 26 U.S.C. §§ 3101, 3102, 3111, 3402, 6011(a), and 6041;

    ii.     Required to establish a bank account, as defined pursuant to 26 U.S.C. § 581, designated as "Timothy Geraci, Trustee, Special Fund in Trust for the United States under 26 U.S.C. § 7512" within 45 days of the entry of this Stipulated Judgment;

    iii.     Required to timely deposit withheld FICA taxes, as well as TIMOTHY F. GERACI D.D.S. P.C.'s FICA taxes, in an appropriate federal depository bank in accordance with the federal deposit regulations;

    iv.     Required to deposit withheld FUTA taxes in an appropriate federal depository bank in accordance with the federal deposit regulations;

    v.     Required to deposit withholdings from TIMOTHY F. GERACI D.D.S. P.C.'s employees' wages in an appropriate federal depository bank in accordance with the federal deposit regulations;

    vi.     Required to sign and deliver affidavits to an IRS Revenue Officer, or to such other person or location as the Service may deem appropriate, on the first day of each month, stating that the requisite withheld income, FICA and FUTA tax deposits were timely made;

    vii.     Required to timely file all income, employment, and unemployment tax returns with the Internal Revenue Service for TIMOTHY F. GERACI, and TIMOTHY F. GERACI D.D.S. P.C.;

1      viii.    Required to timely pay all required outstanding liabilities due on each return required to be filed herein; and

      ix.    Required to notify the Internal Revenue Service of any new company or entity that TIMOTHY F. GERACI D.D.S. P.C. or TIMOTHY F. GERACI acquires, or manages in the next five years or other appropriate specified time period; and

      xi.    Required to file all unfiled and past-due federal employment (Form 941) and unemployment (Form 940) tax returns with the Internal Revenue Service within 90 days of the entry of this Stipulated Judgment.

D.    The United States shall be entitled to conduct discovery to monitor Defendant's compliance with the terms of this Stipulated Judgment;

E.    This Court shall retain jurisdiction over this matter and Defendant for the purpose of enforcing this Stipulated Judgment.

THUS DONE AND SIGNED on this <u>24th</u> day of <u>November</u>, 2014 at San Francisco, California.

_____
JAMES DONATO
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge James Donato